**Form 222**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William R. Nieser**
**Kathleen A. Nieser**
 Debtor(s)

Bankruptcy Case No.: 13–22073–CMB

Chapter: 13
Docket No.: 76 – 75
Concil. Conf.: January 25, 2018 at 03:00 PM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated November 27, 2017* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **January 11, 2018,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **January 25, 2018** at **03:00 PM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: November 28, 2017

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William R. Nieser  
Kathleen A. Nieser  
    Debtors

Case No. 13-22073-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: jhel   Page 1 of 1   Date Rcvd: Nov 28, 2017  
                 Form ID: 222   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.  
db/jdb      +William R. Nieser,   Kathleen A. Nieser,   1037 Old Hills Road,   Mckeesport, PA 15135-2133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:  
      James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,  for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com  
      James Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Paul W. McElrath, Jr.    on behalf of Joint Debtor Kathleen A. Nieser ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
      Paul W. McElrath, Jr.    on behalf of Debtor William R. Nieser ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      William E. Miller    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                TOTAL: 7