**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 13-22073-CMB |
| | : | |
| William R. Nieser and | : | Chapter 13 |
| Kathleen A. Nieser, | : | |
| Debtors | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Zeke Porter, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true copy of the **Order Dated November 28, 2017, Notice of Proposed Modification to Confirmed Plan, Amended Plan Dated November 27, 2017** on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated:

Executed on: December 1, 2017

By:    /s/ Zeke Porter
Zeke Porter, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

# MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour, Trustee**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Service by First-Class Mail**

William & Kathleen Nieser
1037 Old Hills Road
Mckeesport, PA 15135

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

Amhonda/Gemb
Po Box 981439
El Paso, TX 79998

Bank of America
4060 Ogletown Stanton Road
Newark, DE 19713

Bp/Cbsd
Po Box 6497
Sioux Falls, SD 57117

Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 250
Dallas, TX 75243
Attn: LaKisha D. Stark, Esquire

CANDICA, L.L.C.
c/o Weinstein and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

Capital One
PO Box 71068
Charlotte, NC 28272-1068

Chase - Cc
800 Brooksedge Boulevard
Westerville, OH 43081

Chase Bank USA, NA
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

Chase Home Finance LLC
Mail Code CA2-0818
PO Box 509011
San Diego, CA 92150-9011

Citi-Citgo
Po Box 6497
Sioux Falls, SD 57117

Conseco
1400 Turbine Drive
Rapid City, SD 57701

Conseco
1400 Turbine Drive
Rapid City, SD 57703

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111

Credit First NA
P.O. Box 818011
Cleveland, OH 44181

Department Stores National Bank / Macy's
TSYS Debt Mgmt. Inc.
P.O. Box 137
Columbus, GA 31902-0137

Distire/Gemb
Po Box 981439
El Paso, TX 79998

DSNB MACYS
9111 Duke Boulevard
Mason, OH 45040

eCAST Settlement Corp.
PO Box 35480
Newark, NJ 07193-5480

Elizabeth Forward School District
c/o Kratzenberg & Lazzaro
Keystone Municipal Collections
546 Wendel Road
Irwin, PA 15642

Ford Motor Credit Company LLC
Dept. 55953
P.O. Box 55000
Harper Woods, MI 48225-0953

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Attn: Ramesh Singh
Miami, FL 33131-1605

GE Money Bank
Po Box 981400
El Paso, TX 79998

GEMB JCP
PO Box 981131
El Paso, TX 79998

Goodyearcbsd
Po Box 6497
Sioux Falls, SD 57117

Green Tree
345 St. Peter Street
Saint Paul, MN 55102

HSBC
P.O. Box 5253
Carol Stream, IL 60197-5253

Hsbc
Pob 15521
Wilmington, DE 19805

HSBC Mortgage Services
636 Grand Regency Boulevard
Brandon, FL 33510

Jeannette Financial Service
1003 Lowry Avenue
Jeannette, PA 15644

Keybank N.A.
Po Box 94518
Cleveland, OH 44101

Kohls/Chase
N56 W17000 Ridge
Menomonee Fall, WI 53051

Midland Funding, LLC
by American InfoSource LP
PO Box 4457
Houston, TX 77210

Nextcard Inc.
PO Box 922968
Norcross, GA 30010

Paac Fcu
219 Fort Pitt Boulevard
Pittsburgh, PA 15222

Pearle/Gemb
Po Box 981439
El Paso, TX 79998

Portfolio Recovery Associate,
LLC
Po Box 41067
Norfolk, VA 23541

PRA Receivables
PO Box 12914
Norfolk, VA 23541

Roundup Funding, LLC
MS 550
P.O. Box 91121
Seattle, WA 98111-9221

Spiegel
Card Processing Center
Old Bethpage, NY 11804

Sps
10401 Deerwood Parkway
Jacksonville, FL 32256

Target National Bank
Target Visa
c/o Weinstein & Riley, P.S.
2101 4th Avenue, Suite 900
Seattle, WA 98121

Target National Bank
Target Visa
c/o Weinstein & Riley, P.S.
2001 4th Avenue, Suite 900
Seattle, WA 98121

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117

Verizon
500 Technology Drive
Weldon Spring, MO 63304

Washington Mutual/Providian
7255 Baymeadows Way
Jacksonville, FL 32256-6851

Wff Cards
Po Box 5943
Sioux Falls, SD 57117

Wfnnb/Drsbrn
Po Box 182273 - Wf
Columbus, OH 43218

Wm Finance
1738 Greensburg Avenue
North Versaill, PA 15137

World Financial Network
National Bank
c/o Weinstein and Riley, PS
2001 Western Avenue
Suite 400
Seattle, WA 98121