**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William R. Nieser**
**Kathleen A. Nieser**
   Debtor(s)

Bankruptcy Case No.: 13–22073–CMB
Issued Per Jan. 25, 2018 Proceeding
Chapter: 13
Docket No.: 86 – 75, 76
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)  PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated November 27, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐  A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐  C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐  G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑  H.    Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.
The secured claim of Ford Motor Credit at Claim No. 3 shall govern as to claim amount, to be paid at the modified plan terms.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE
ESTABLISHED:*

A.        **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become
final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision
of this Confirmation Order must file a written objection within that twenty−eight (28) day period.
Failure to timely object shall be deemed a waiver of all objections and an acceptance of the
provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation
order upon it's entry.

B.        **Applications to retain brokers, sales agents, or other professionals.** If the Plan
contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file
motion(s) to employ the necessary professionals within thirty (30) days hereof.

C.        **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR
3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed
and shall file objections to any disputed claims within ninety (90) days after the claims bar date or,
for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an
objection, the proof of claim will govern as to the classification and amount of the claim. Objections
filed after the ninety (90) days specified herein shall be deemed untimely.

D.        **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the
priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be
filed within ninety (90) days after the claims bar date.

E.        **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the
priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an
amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the
amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the
claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be
underfunded.

*(3.)*   ***IT IS FURTHER ORDERED THAT:***

**A.**      After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**      Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any **secured claim** that is secured by the subject property, unless directed otherwise by further Order of Court.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: January 29, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22073-CMB
William R. Nieser                                                         Chapter 13
Kathleen A. Nieser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel            Page 1 of 4         Date Rcvd: Jan 29, 2018
                              Form ID: 149          Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
```
db/jdb       +William R. Nieser,   Kathleen A. Nieser,   1037 Old Hills Road,   Mckeesport, PA 15135-2133
aty          +vde13,   Office of the Chapter 13 Trustee,   Suite 3250 US Steel Tower,   600 Grant Street,
              Pittsburgh, PA 15219-2719
cr           +U.S. BANK NATIONAL ASSOCIATION,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
              Warrington, PA 18976-3400
13653391      AFNI/Verizon East,   P.O. Box 3037,   Bloomington, IL 61702-3037
13667263     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
              Arlington, Texas  76096)
13655360     +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
              Arlington, TX 76096-3853
13653392     +Americredit,   Post Office Box 183623,   Arlington, TX 76096-3623
13653414     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: FIA Card Services,   PO Box 15726,   Wilmington, DE 19886-5726)
13653397     +BP/Cbsd,   PO Box 6497,   Sioux Falls, SD 57117-6497
13637269      Bank of America,   4060 Ogletown Stanton Road,   Newark, DE 19713
13653399     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
13637271      Capital One,   PO Box 71068,   Charlotte, NC 28272-1068
13672916      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13637273     +Chase Bank,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
13653403     +Citi-Citgo,   PO Box 6069,   Sioux Falls, SD 57117-6069
13653404      Conseco,   345 St Peter,   900 Landmk,   Saint Paul, MN 55102
13637275     +Credit First NA,   P.O. Box 818011,   Cleveland, OH 44181-8011
13637278     +DSNB MACYS,   9111 Duke Boulevard,   Mason, OH 45040-8999
13637276      Department Stores National Bank / Macy's,   TSYS Debt Mgmt. Inc.,   P.O. Box 137,
              Columbus, GA 31902-0137
13637280     +Elizabeth Forward School District,   Elizabeth Towns),   Keystone Municipal Collections,
              546 Wendel Road,   Irwin, PA 15642-7539
13637281     +Elizabeth Forward School District,   c/o Kratzenberg & Lazzaro,
              Keystone Municipal Collections,   546 Wendel Road,   Irwin, PA 15642-7539
13653412     +Elizabeth Forward School District,   c/o Law Office Of McGrail & Racunas,   1714 Lincoln Way,
              White Oak, PA 15131-1716
13653413     +Elizabeth Forward School District,   1532 Lincoln Way,   Mc Keesport, PA 15131-1712
13653415     +FMCC,   12110 Emmet,   Omaha, NE 68164-4263
13659101     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,   P O Box 6275,
              Dearborn,  MI  48121)
13637282      Ford Motor Credit Company LLC,   Dept. 55953,   P.O. Box 55000,   Harper Woods, MI 48225-0953
13637289     +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
13637290     +Goodyearcbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13653426      Greentree,   500 Landmark Tower,   Saint Paul, MN 55102
13637292     +HSBC Mortgage Services,   636 Grand Regency Boulevard,   Brandon, FL 33510-3942
13722095     +HSBC Mortgage Services, Inc.,   PO Box 21188,   Eagan, MN 55121-0188
13637291      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13653433     +Nextcard Inc.,   PO Box 922968,   Norcross, GA 30010-2968
13637294     +Paac Fcu,   219 Fort Pitt Boul,   Pittsburgh, PA 15222-1559
13637300     +Target National Bank,   Target Visa,   c/o Weinstein & Riley, P.S.,
              2001 4trh Avenue, Suite 900,   Seattle, WA 98121-2414
13653444     +Td Bank Usa/Targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
13637301     +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
14250056     +U.S. Bank National Association, as inde,   Serviced by Select Portfolio Servicing,,
              3815 South West Temple,   Salt Lake City, UT 84115-4412
13653447     +Verizon,   P.O. Box 3037,   Bloomington, IL 61702-3037
13653450     +WFF Cards,   3201 N 4th Avenue,   Sioux Falls, SD 57104-0700
13653448     +Washington Mutual,   PO Box 660548,   Dallas, TX 75266-0548
13637302     +Wfnnb/Drsbrn,   Po Box 182273 - Wf,   Columbus, OH 43218-2273
13637279      eCAST Settlement Corp.,   PO Box 35480,   Newark, NJ 07193-5480
13666683      eCAST Settlement Corporation, assignee,   of Capital One Bank (USA), NA,   POB 35480,
              Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2018 02:16:42
              Capital One Auto Finance c/o Ascension Capital Gro,   P.O. Box 201347,
              Arlington, TX 76006-1347
13637268     +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:10     Amhonda/Gemb,   Po Box 981439,
              El Paso, TX 79998-1439
13653394     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2018 02:17:09
              Ascension Capital Group, Inc.,   Attn: Onyx Acceptance Group,   P.O. Box 201347,
              Arlington, TX 76006-1347
13653395     +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2018 02:16:51     B-Real, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111-9221
```

```
District/off: 0315-2          User: jhel              Page 2 of 4              Date Rcvd: Jan 29, 2018
                              Form ID: 149            Total Noticed: 80
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13637270        +E-mail/Text: bncmail@w-legal.com Jan 30 2018 02:11:49      CANDICA, L.L.C.,
                 c/o Weinstein and Riley, PS,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
13637274        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2018 02:16:50      CR Evergreen, LLC,
                 MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13637272        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 30 2018 02:16:46      Capital One Auto Finan,
                 3901 Dallas Pkwy,   Plano, TX 75093-7864
13653401        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 30 2018 02:17:44
                 Capital One Auto Finance,   3901 Dallas Pkwy,   Plano, TX 75093-7864
13661093        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 30 2018 02:17:09
                 Capital One Auto Finance, c/o Ascension Capital Gr,   4515 N. Santa Fe Ave. Dept APS,
                 Oklahoma City, OK 73118-7901
13637277        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:16:43      Distire/Gemb,   Po Box 981439,
                 El Paso, TX 79998-1439
13653410        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2018 02:17:24      East Bay Funding,
                 c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
13718722        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2018 02:17:58
                 East Bay Funding, LLC its successors and assigns,   as assignee of Roundup Funding L.L.C.,
                 Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
13719451        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2018 02:16:49
                 East Bay Funding, LLC its successors and assigns,   as assignee of CR Evergreen, LLC,
                 Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
13722137         E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:39      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
13637283         E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:39      GE Money Bank,
                 c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,   Attn:  Ramesh Singh,
                 Miami, FL 33131-1605
13653419        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:40      GEMB,   PO Box 981064,
                 El Paso, TX 79998-1064
13637285        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:40      GEMB JCP,   PO Box 981131,
                 El Paso, TX 79998-1131
13637284        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:16:44      Gecrb/American Honda,
                 Po Box 981439,   El Paso, TX 79998-1439
13637286        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:40      Gemb/Lowes,   Po Box 981400,
                 El Paso, TX 79998-1400
13637287        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:16:44      Gemb/Walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
13637288        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:11      Gembppbycr,   Po Box 981400,
                 El Paso, TX 79998-1400
13653430        +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 30 2018 02:11:06      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13637293         E-mail/Text: bnckohlsnotices@becket-lee.com Jan 30 2018 02:11:06      Kohls/Chase,
                 N56 W17000 Ridge,   Menomonee Fall, WI 53051
13653432        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 30 2018 02:11:37      Midland Funding,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13653438         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 02:25:16
                 Portfolio Recovery Associates,   140 Corporate Boulevard,   Norfolk, VA 23502
13647272         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 02:39:43
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13637297        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 02:25:41      PRA Receivables,
                 PO Box 12914,   Norfolk, VA 23541-0914
13637295        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:11      Pearle/Gemb,   Po Box 981439,
                 El Paso, TX 79998-1439
13653436        +E-mail/PDF: rmscedi@recoverycorp.com Jan 30 2018 02:17:12      Portfolio Investments LLC,
                 c/o Recovery Management Systems, Co.,   25 SE 2nd Avenue, Suite 1120,   Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13637296        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 02:25:29
                 Portfolio Recovery Associate, LLC,   Po Box 41067,   Norfolk, VA 23541-1067
13637298         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2018 02:17:18      Roundup Funding,
                 MS 550,   P.O. Box 91121,   Seattle, WA 98111-9221
13653441        +E-mail/Text: bkr@cardworks.com Jan 30 2018 02:10:55      Spiegel,   Po Box 9204,
                 Old Bethpage, NY 11804-9004
13637299        +E-mail/Text: bncmail@w-legal.com Jan 30 2018 02:11:49      Target National Bank,   Target Visa,
                 c/o Weinstein & Riley, P.S.,   2101 4trh Avenue, Suite 900,   Seattle, WA 98121-2339
13648228        +E-mail/Text: bncmail@w-legal.com Jan 30 2018 02:12:03      VANDA, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13653446        +E-mail/Text: bncmail@w-legal.com Jan 30 2018 02:12:03      Vanda LLC,
                 c/o Weinstein and Riley, P.S.,   2001 Western Ave, Ste. 400,   Seattle, WA 98121-3132
13653449        +E-mail/Text: bncmail@w-legal.com Jan 30 2018 02:11:49      Weinstein & Riley, P.S,
                 2001 Western Avenue,   Suite 400,   Seattle, WA 98121-3132
                                                                                             TOTAL: 36
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as indenture trust
```

```
District/off: 0315-2          User: jhel              Page 3 of 4              Date Rcvd: Jan 29, 2018
                              Form ID: 149            Total Noticed: 80

cr*          +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
13653393*    +Amhonda/Gemb,   Po Box 981439,   El Paso, TX 79998-1439
13653396*     Bank of America,   4060 Ogletown Stanton Road,   Newark, DE 19713
13653398*    +CANDICA, L.L.C.,   c/o Weinstein and Riley, PS,   2001 Western Avenue, Suite 400,
               Seattle, WA 98121-3132
13653405*    +CR Evergreen, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13653400*     Capital One,   PO Box 71068,   Charlotte, NC 28272-1068
13653402*    +Chase Bank,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
13653406*    +Credit First NA,   P.O. Box 818011,   Cleveland, OH 44181-8011
13690269*    +Credit First NA,   Po Box 818011,   Cleveland, OH 44181-8011
13690270*    +Credit First NA,   Po Box 818011,   Cleveland, OH 44181-8011
13653409*    +DSNB MACYS,   9111 Duke Boulevard,   Mason, OH 45040-8999
13653407*     Department Stores National Bank / Macy's,   TSYS Debt Mgmt. Inc.,   P.O. Box 137,
               Columbus, GA 31902-0137
13653408*    +Distire/Gemb,   Po Box 981439,   El Paso, TX 79998-1439
13659102*    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court:  Ford Motor Credit Company LLC,   P O Box 6275,
               Dearborn,  MI  48121)
13653416*     Ford Motor Credit Company LLC,   Dept. 55953,   P.O. Box 55000,   Harper Woods, MI 48225-0953
13653417*     GE Money Bank,   c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,
               Attn: Ramesh Singh,   Miami, FL 33131-1605
13653420*    +GEMB JCP,   PO Box 981131,   El Paso, TX 79998-1131
13653424*    +GM Financial,   Po Box 181145,   Arlington, TX 76096-1145
13653418*    +Gecrb/American Honda,   Po Box 981439,   El Paso, TX 79998-1439
13653421*    +Gemb/Lowes,   Po Box 981400,   El Paso, TX 79998-1400
13653422*    +Gemb/Walmart,   Po Box 981400,   El Paso, TX 79998-1400
13653423*    +Gembppbycr,   Po Box 981400,   El Paso, TX 79998-1400
13653425*    +Goodyearcbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13653429*    +HSBC Mortgage Services,   636 Grand Regency Boulevard,   Brandon, FL 33510-3942
13653428*    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13653427*     Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13653431*     Kohls/Chase,   N56 W17000 Ridge,   Menomonee Fall, WI 53051
13653439*    +PRA Receivables,   PO Box 12914,   Norfolk, VA 23541-0914
13653434*    +Paac Fcu,   219 Fort Pitt Boul,   Pittsburgh, PA 15222-1559
13653435*    +Pearle/Gemb,   Po Box 981439,   El Paso, TX 79998-1439
13653437*    +Portfolio Recovery Associate, LLC,   Po Box 41067,   Norfolk, VA 23541-1067
13653440*     Roundup Funding,   MS 550,   P.O. Box 91121,   Seattle, WA 98111-9221
13653443*    +Target National Bank,   Target Visa,   c/o Weinstein & Riley, P.S.,
               2001 4trh Avenue, Suite 900,   Seattle, WA 98121-2414
13653442*    +Target National Bank,   Target Visa,   c/o Weinstein & Riley, P.S.,
               2101 4trh Avenue, Suite 900,   Seattle, WA 98121-2339
13653445*    +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13653451*    +Wfnnb/Drsbrn,   Po Box 182273 - Wf,   Columbus, OH 43218-2273
13653411*     eCAST Settlement Corp.,   PO Box 35480,   Newark, NJ 07193-5480
13666684*     eCAST Settlement Corporation, assignee,   of Capital One Bank (USA), NA,   POB 35480,
               Newark, NJ 07193-5480
13666685*     eCAST Settlement Corporation, assignee,   of Capital One Bank (USA), NA,   POB 35480,
               Newark, NJ 07193-5480
cr           ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                          TOTALS: 1, * 39, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                    Signature:   /s/Joseph Speetjens

District/off: 0315-2            User: jhel               Page 4 of 4                Date Rcvd: Jan 29, 2018
                               Form ID: 149              Total Noticed: 80

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
           for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Joint Debtor Kathleen A. Nieser ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.   on behalf of Debtor William R. Nieser ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Miller   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                              TOTAL: 7