LOCAL BANKRUPTCY FORM NO. 24

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 13-22073-CMB |
| **William R. Nieser and** | : | |
| **Kathleen A. Nieser,** | : | Chapter No. 13 |
|         **Debtors** | : | |
| _____ | : | |
| **Paul W. McElrath, Esquire /** | : | Related to Docket No. 89 |
| **McElrath Legal Holdings, LLC,** | : | |
|         **Applicant** | : | |
|         vs. | : | Hearing Date and Time: |
| | : | March 21, 2018 at 10:00 AM |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|         **Respondent** | : | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF PAUL W. MCELRATH, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents William R. Nieser and Kathleen A. Nieser
2. This is (check one)
       __X__ a final application
       _____ an interim application
   for the period May 1, 2013 to February 20, 2018
3. Previous retainer paid to Applicant: $669.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $3,700.00.
5. Applicant requests additional:
   Compensation of $695.00 for Total Compensation of $4,395.00
   Total Expenses Used $ 281.00.
6. A hearing on the Application will be held in Courtroom "B," 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 at 10:00 a.m., on March 21, 2018.
7. Any written objections must be filed with the Court and served on the Applicant on or before March 9, 2018 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: February 20, 2018            Applicant or Attorney for Applicant:

                                                            /s/ Paul W. McElrath
                                                            Paul W. McElrath, Esquire
                                                            PA I.D. # 86220
                                                            McElrath Legal Holdings, LLC
                                                            1641 Saw Mill Run Boulevard
                                                            Pittsburgh, PA  15210
                                                           Tel: 412.765.3606