**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/29/2018

IN RE:

WILLIAM R. NIESER
KATHLEEN A. NIESER
1037 OLD HILLS ROAD
MCKEESPORT, PA 15135
XXX-XX-3352           Debtor(s)

XXX-XX-7716

Case No. 13-22073 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/29/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Account Info |
|---|---|---|
| **CAPITAL ONE AUTO FINANCE**\*\*<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210-4360 | Trustee Claim Number: 1    INT %: 4.25%<br>Court Claim Number: 4<br>CLAIM: 23,072.25<br>COMMENT: 23171@4.25%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: ...7172 |
| **ELIZABETH FORWARD SD (ELIZABETH TWP) (R**<br>C/O MAIELLO BRUNGO & MAIELLO LLP - DLNQ C<br>100 PURITY RD STE 3<br>FOXPOINTE II (TAX DIVISION)<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 5,298.64<br>COMMENT: $@0%/PL\*PIF/CR\*NTC-RSV | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0321:12-13 |
| **FORD MOTOR CREDIT CO(\*)**<br>DRAWER 55-953 CH 13\*<br>POB 55000\*<br>DETROIT, MI 48255 | Trustee Claim Number: 3    INT %: 4.25%<br>Court Claim Number: 3<br>CLAIM: 6,896.41<br>COMMENT: $CL3GOV@4.25%MDF/PL/CONF\*5550@4.25%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6393 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 4    INT %: 4.25%<br>Court Claim Number: 8<br>CLAIM: 4,377.61<br>COMMENT: $OE@4.25%MDF/PL@GM FNCL\*W80 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5281 |
| **US BANK NA - INDENTURE TRUSTEE**<br>C/O SELECT PORTFOLIO SVCNG\*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 0.00<br>COMMENT: PMT/PL-CL\*1280.95 X (60+2)=LMT\*THRU 6/13\*FR HSBC MRTG SVCS-D64 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 9056 |
| **AFNI**<br>P.O. BOX 3097<br>BLOOMINGTON, IL 61702 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~VERIZON/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **AMERICREDIT FNCL SVCS INC\***<br>ATTN: BANKRUPTCY PMTS<br>4001 EMBARCADERO STE 200\*<br>ARLINGTON, TX 76014 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **GE CAPITAL RETAIL BANK**<br>ATTN BANKRUPTCY DEPT<br>POB 960061<br>ORLANDO, FL 32896-0661 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 840.77<br>COMMENT: HONDA CARD~GEMB\*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2452 |
| **B-REAL LLC\***<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC 29603 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 4,743.47<br>COMMENT: BOA/FIA CARD SVCS\*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2055 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BANK OF AMERICA\*\***<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE 19713 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9310 |
| **BP/AMOCO**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **CANDICA LLC**<br>C/O WEINSTEIN & RILEY PS<br>2001 WESTERN AVE STE 400<br>SEATTLE, WA 98121 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5682 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 593.52<br>COMMENT: TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0395 |
| **CAPITAL ONE(\*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8057 |
| **CAPITAL ONE(\*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5054 |
| **CAPITAL ONE(\*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7470 |
| **CAPITAL ONE(\*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4798 |
| **CAPITAL ONE(\*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9569 |
| **CAPITAL ONE(\*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7704 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6231 |
| **CHASE++**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5001 |
| **CITGO/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **CONSECO/FKA GREEN TREE ACCPTNC**<br>STE L800<br>345 ST PETER ST<br><br>ST PAUL, MN  55102 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **EAST BAY FUNDING LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM:  323.17<br>COMMENT:  CR EVRGRN~GE CPTL*TEE OBJ/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5697 |
| **CREDIT FIRST NA***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br><br>CLEVELAND, OH  44181-8011 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM:  976.72<br>COMMENT: 9416/SCH*TEE OBJ/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7716 |
| **DEPARTMENT STORES NAT BNK/DSNB**<br>C/O TSYS DEBT MGMNT<br>POB 137<br><br>COLUMBUS, GA  31902-0137 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **DISCOUNT TIRE**<br>255 GRANT ST<br><br>PITTSBURGH, PA  15202 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~GEMB/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  5401 |
| **FDS NATIONAL BANK**<br>9111 DUKE BLVD STE 100B<br><br>MASON, OH  45040 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DSNB MACY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1934 |
| **FDS NATIONAL BANK**<br>9111 DUKE BLVD STE 100B<br><br>MASON, OH  45040 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DSNB MACY/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **EAST BAY FUNDING**<br>C/O RESURGENT CAPITAL SERVICES LP<br>PO BOX 288<br>GREENVILLE, SC 29603 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br>NEWARK, NJ 07193-5480 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br>NEWARK, NJ 07193-5480 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br>NEWARK, NJ 07193-5480 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **FIA CARD SERVICES-SCCSR**<br>DE5-023-03-03<br>1000 SAMOSET DR<br>NEWARK, DE 19713 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **FMCC**<br>12110 EMMET<br>OMAHA, NE 68164 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX 75016-8088 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9277 |
| **GEMB**<br>950 FORRER BLVD<br>DAYTON, OH 45420 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5060 |
| **GECC/ LOWE'S++**<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9560 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **GECC/ LOWE'S++**<br>POB 103104<br><br>ROSWELL, GA  30076 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9098 |
| **WAL MART++**<br>C/O GE MONEY BANK<br>POB 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0155 |
| **WAL MART++**<br>C/O GE MONEY BANK<br>POB 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1535 |
| **GEMB**<br>950 FORRER BLVD<br><br>DAYTON, OH  45420 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~PPBYCR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0839 |
| **GOODYEAR/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4932 |
| **CONSECO/FKA GREEN TREE FNCL\*\***<br>500 LANDMARK TOWERS\*\*<br><br>ST PAUL, MN  55102 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL  60197 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2603 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  899.47<br>COMMENT:  HSBC BANK NV\*TEE OBJ/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5369 |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL  60197 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1242 |
| **KOHL'S**<br>POB 2983<br><br>MILWAUKEE, WI  53201-2983 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~CAPONE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9197 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **KOHL'S**<br>POB 2983<br>MILWAUKEE, WI 53201-2983 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CHASE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0591 |
| **KOHL'S**<br>POB 2983<br>MILWAUKEE, WI 53201-2983 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CHASE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5457 |
| **MIDLAND FUNDING**<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA 92108 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **NEXTCARD MASTER TRUST\***<br>C/O FNCCC*<br>1620 DODGE ST STOP CODE 3106<br>OMAHA, NE 68197 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **PAAC TRANSIT DIVISION FCU**<br>219 FORT PITT BLVD 2ND FL*<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~BELIEVED DISCHARGED IN PREVIOUS BANKRUPTCY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PEARLE VISION/GE MONEY BANK++**<br>POB 981127<br>EL PASO, TX 79998 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0477 |
| **PORTFOLIO INVESTMENTS I LLC++**<br>C/O RECOVERY MANAGEMENT SYST CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br>NORFOLK, VA 23541-1067 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 692.38<br>COMMENT: BOA/FIA CARD SVCS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8972 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee/Court Claim | Creditor Description / Account |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:61  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **EAST BAY FUNDING LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:62  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  488.31<br>COMMENT:  ROUNDUP FNDNG~GE CPTL*TEE OBJ/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3940 |
| **EAST BAY FUNDING LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:63  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  913.67<br>COMMENT:  ROUND UP FNDNG~WORLD FNCL*TEE OBJ/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1170 |
| **EAST BAY FUNDING LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:64  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  535.68<br>COMMENT:  ROUNDUP FNDNG~GE CPTL*TEE OBJ/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6207 |
| **EAST BAY FUNDING LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:65  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  223.49<br>COMMENT:  ROUND UP FNDNG~GE CPTL*TEE OBJ/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4334 |
| **EAST BAY FUNDING LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:66  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  662.73<br>COMMENT:  ROUNDUP FNDNG~GE CPTL*TEE OBJ/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5892 |
| **EAST BAY FUNDING LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:67  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  1,756.12<br>COMMENT:  ROUND UP FNDNG~GE CPTL*TEE OBJ/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0166 |
| **FCNB PREFERRED CHARGE/SPIEGEL*++**<br>POB 2638*<br><br>OMAHA, NE  68103-2638 | Trustee Claim Number:68  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **TARGET NATIONAL BANK**<br>C/O WEINSTEIN & RILEY<br>2001 WESTERN AVE STE 400<br>SEATTLE, WA  98121 | Trustee Claim Number:69  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3143 |
| **TARGET NATIONAL BANK**<br>C/O WEINSTEIN & RILEY<br>2001 WESTERN AVE STE 400<br>SEATTLE, WA  98121 | Trustee Claim Number:70  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME  04112 | Trustee Claim Number:71  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TARGETCRED/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5378 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:72  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 2,085.49<br>COMMENT: CITIBANK~THE HOME DEPOT*TEE OBJ/CL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3697 |
| **VANDA LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number:73  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 3,103.99<br>COMMENT: TARGET*TEE OBJ/CL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5971 |
| **VERIZON(*)++**<br>404 BROCK DR<br>BLOOMINGTON, IL  61701 | Trustee Claim Number:74  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **WASHINGTON MUTUAL BANK* ++**<br>7255 BAYMEADOWS WAY<br>MAILSTOP JAXB2007<br>JACKSONVILLE, FL  32256 | Trustee Claim Number:75  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **WEINSTEIN & RILEY PS**<br>2001 WESTERN AVE STE 400<br>SEATTLE, WA  98121 | Trustee Claim Number:76  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **WF FINANCE**<br>3201 N 4TH AVE<br>SIOUX FALLS, SD  57104 | Trustee Claim Number:77  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DRESS BARN**<br>C/O WORLD FINANCIAL NETWORK<br>POB 182125<br>COLUMBUS, OH  43218-2125 | Trustee Claim Number:78  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6287 |
| **US BANK NA - INDENTURE TRUSTEE**<br>C/O SELECT PORTFOLIO SVCNG*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:79  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 9,543.18<br>COMMENT: $CL-PL*THRU 5/13*FR HSBC MRTG SVCS-DOC 64 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9056 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number:80  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 6,158.22<br>COMMENT: NO GEN UNS/SCH*W4 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5281 |

| ECAST SETTLEMENT CORP | Trustee Claim Number:81  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 35480 | Court Claim Number:7 | ACCOUNT NO.: 5054 |
| | CLAIM: 396.80 | |
| NEWARK, NJ 07193-5480 | COMMENT: ACCT NT/SCH*CAPITAL ONE*TEE OBJ/CL | |
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:82  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 35480 | Court Claim Number:6 | ACCOUNT NO.: 2481 |
| | CLAIM: 410.40 | |
| NEWARK, NJ 07193-5480 | COMMENT: ACCT NT/SCH*CAPITAL ONE*TEE OBJ/CLM | |
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:83  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 35480 | Court Claim Number:5 | ACCOUNT NO.: 8057 |
| | CLAIM: 1,409.94 | |
| NEWARK, NJ 07193-5480 | COMMENT: ACCT NT/SCH*CAPITAL ONE*TEE OBJ/CL | |
| **US BANK NA - INDENTURE TRUSTEE** | Trustee Claim Number:84  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:19 | ACCOUNT NO.: 9056 |
| PO BOX 65450 | CLAIM: 2,238.84 | |
| SALT LAKE CITY, UT 84165 | COMMENT: $/POST-PET FEE-PL*NTC POSTPET FEES/EXP*REF CL*W/79 | |
| **WILLIAM E MILLER ESQ** | Trustee Claim Number:85  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| STERN AND EISENBERG PC | Court Claim Number: | ACCOUNT NO.: |
| 1581 MAIN ST STE 200 | CLAIM: 0.00 | |
| WARRINGTON, PA 18976 | COMMENT: PRAECIPE/USBNK | |

Case 13-22073-CMB    Doc 94    Filed 03/29/18    Entered 03/29/18 12:30:35    Desc
Page 11 of 11