IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
William R. Nieser                          :          Case No.13-22073CMB
Kathleen A. Nieser                         :          Chapter 13
           Debtor(s)                       :
Ronda J. Winnecour, Trustee                :
                                           :          Re Clm. #16
           Movant(s)                       :
                                           :
        vs.                                :
East Bay Funding, LLC, its successor       :
and assigns as assignee of Round up        :          Hearing Date
funding LLC, Resurgent Capital
Services
           Respondent(s)

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON TRUSTEE'S OBJECTION TO CLAIM**

TO THE RESPONDENT(S):

        You are hereby notified that the above Movant seeks an order affecting your rights or
property.

        Your are further notified to file with the Clerk and serve upon the undersigned Movant a
response to the motion no later than May 7, 2018 i.e., thirty (30) days after the date of service
below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and
Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web
page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by
the Court by default without a hearing.

        You should take this to your lawyer at once.

        A hearing will be held on June 20, 2018, at 10:00 a.m. by Judge Bohm in Courtroom B,
54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh PA 15219. Only a limited time of 15
minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of
fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the
relief sought may be entered and the hearing may not be held if you do not timely file and serve a
written response.

Date of Service: 4-05-18

                                    By: /s/ Ronda J. Winnecour
                                    Ronda J. Winnecour, PA I.D.30399
                                    Chapter 13 Trustee
                                    US Steel Tower, Suite 3250
                                    600 Grant Street
                                    Pittsburgh, PA  15219
                                    (412) 471-5566
                                    inquiries@chapter13trusteewdpa.com