UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>WILLIAM R. NIESER<br>KATHLEEN A. NIESER<br>    Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>  vs.<br>eCast Settlement Corporation, assignee of<br>Capital One Bank (USA), NA<br>    Respondent(s) | Case No. 13-22073CMB<br>Chapter 13<br><br>Related to Docket No.   117 |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM

  The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection to Claim filed on  4/5/2018 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection to Claim appears thereon.  Pursuant to the Notice of Hearing,  Objections to the Trustee's Objection to Claim were to be filed and served no later than   5/7/2018.


05/09/2018
                   /s/ Ronda J. Winnecour
                   RONDA J WINNECOUR PA ID #30399
                   CHAPTER 13 TRUSTEE WD PA
                   600 GRANT STREET
                   SUITE 3250 US STEEL TWR
                   PITTSBURGH, PA  15219
                   (412) 471-5566
                   cmecf@chapter13trusteewdpa.com