IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| William R. Nieser | : Case No.13-22073CMB |
| Kathleen A. Nieser | : Chapter 13 |
| Debtor(s) | : |
| Ronda J. Winnecour, Trustee | : |
| | : Re Clm. #7 |
| Movant(s) | : |
| | : Related to Doc. No. 117 |
| vs. | : |
| eCast Settlement Corporation, assignee | : |
| of Capital One Bank (USA), NA | Hearing Date |
| Respondent(s) | **ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this __10th__ day of __May__, 20__18__, upon consideration of the Trustee's Objection to Claim No. 7, and any responses thereto, it is hereby ORDERED that:

(a) Claim No. 7 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs, or charges shall be allowed for defending this objection.

BY THE COURT:

_Carlota M. Böhm_
U.S. Bankruptcy Judge    **dmr**

FILED
5/10/18 4:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-22073-CMB
William R. Nieser                                                       Chapter 13
Kathleen A. Nieser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1              Date Rcvd: May 10, 2018
                               Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db/jdb         +William R. Nieser,    Kathleen A. Nieser,    1037 Old Hills Road,    Mckeesport, PA 15135-2133
13637279        eCAST Settlement Corp.,    PO Box 35480,    Newark, NJ 07193-5480
13666683        eCAST Settlement Corporation, assignee,    of Capital One Bank (USA), NA,    POB 35480,
                 Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13653411*       eCAST Settlement Corp.,    PO Box 35480,    Newark, NJ 07193-5480
13666684*       eCAST Settlement Corporation, assignee,    of Capital One Bank (USA), NA,    POB 35480,
                 Newark, NJ 07193-5480
13666685*       eCAST Settlement Corporation, assignee,    of Capital One Bank (USA), NA,    POB 35480,
                 Newark, NJ 07193-5480
                                                                                       TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kathleen A. Nieser ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor William R. Nieser ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 7