IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| William R. Nieser | : | Case No.13-22073CMB |
| Kathleen A. Nieser | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Clm. #16 |
| Movant(s) | : | |
| | : | |
| vs. | : | Related to Doc. No. 107 |
| East Bay Funding, LLC, its successor | : | |
| and assigns as assignee of Round up | : | Hearing Date |
| funding LLC, Resurgent Capital | | |
| Services | | |
| | | **ENTERED BY DEFAULT** |
| Respondent(s) | | |

### ORDER OF COURT

AND NOW, this ___11th___ day of ___May___, 20_18_, upon consideration of the Trustee's Objection to Claim No. 16, and any responses thereto, it is hereby ORDERED that:

(a) Claim No. 16 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs, or charges shall be allowed for defending this objection.

BY THE COURT:

*Carlota M. Böhm*
U.S. Bankruptcy Judge    **dmr**

FILED
5/11/18 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William R. Nieser  
Kathleen A. Nieser  
      Debtors

Case No. 13-22073-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: May 11, 2018  
                      Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
```
db/jdb         +William R. Nieser,    Kathleen A. Nieser,    1037 Old Hills Road,    Mckeesport, PA 15135-2133
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13653410       +E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2018 01:39:40      East Bay Funding,
                 c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13718722       +E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2018 01:39:40
                 East Bay Funding, LLC its successors and assigns,    as assignee of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13719451       +E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2018 01:40:19
                 East Bay Funding, LLC its successors and assigns,    as assignee of CR Evergreen, LLC,
                 Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kathleen A. Nieser ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor William R. Nieser ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                              TOTAL: 7
```