# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　WILLIAM R. NIESER<br>KATHLEEN A. NIESER<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　WILLIAM R. NIESER<br>KATHLEEN A. NIESER<br><br>　　Respondents | Case No.13-22073CMB<br><br><br>Chapter 13<br><br><br>Document No. 181 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __21st__ day of __June__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Upmc
Attn: Payroll Manager
200 Lothrop St
Pittsburgh, PA 15213

is hereby ordered to immediately terminate the attachment of the wages of KATHLEEN A. NIESER, social security number XXX-XX-7716. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KATHLEEN A. NIESER.

FILED
6/21/18 4:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
**dmr**
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William R. Nieser  
Kathleen A. Nieser  
    Debtors

Case No. 13-22073-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Jun 21, 2018  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.  
db         +William R. Nieser,    1037 Old Hills Road,    Mckeesport, PA 15135-2133  
jdb        +Kathleen A. Nieser,    1037 Old Hills Road,    Mckeesport, PA 15135-2133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:

        James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,  
        for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com  
        James    Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Paul W. McElrath, Jr.    on behalf of Joint Debtor Kathleen A. Nieser ecf@mcelrathlaw.com,  
        donotemail.ecfbackuponly@gmail.com  
        Paul W. McElrath, Jr.    on behalf of Debtor William R. Nieser ecf@mcelrathlaw.com,  
        donotemail.ecfbackuponly@gmail.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        William E. Miller    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION  
        wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com  
                                                                                                                        TOTAL: 7