Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William R. Nieser
Kathleen A. Nieser**
Debtor(s)

Bankruptcy Case No.: 13−22073−CMB

Chapter: 13
Docket No.: 189 − 188

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 31st of July, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/14/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/10/18 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/14/18.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-22073-CMB
William R. Nieser                                                     Chapter 13
Kathleen A. Nieser
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric          Page 1 of 4          Date Rcvd: Jul 31, 2018
                              Form ID: 408        Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.
```
db/jdb       +William R. Nieser,   Kathleen A. Nieser,   1037 Old Hills Road,   Mckeesport, PA 15135-2133
aty          +vde13,   Office of the Chapter 13 Trustee,   Suite 3250 US Steel Tower,   600 Grant Street,
              Pittsburgh, PA 15219-2719
cr           +U.S. BANK NATIONAL ASSOCIATION,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
              Warrington, PA 18976-3400
13653391      AFNI/Verizon East,   P.O. Box 3037,   Bloomington, IL 61702-3037
13667263     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
              Arlington, Texas  76096)
13655360     +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
              Arlington, TX 76096-3853
13653392     +Americredit,   Post Office Box 183623,   Arlington, TX 76096-3623
13653414     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: FIA Card Services,   PO Box 15726,   Wilmington, DE 19886-5726)
13653397     +BP/Cbsd,   PO Box 6497,   Sioux Falls, SD 57117-6497
13637269      Bank of America,   4060 Ogletown Stanton Road,   Newark, DE 19713
13637271      Capital One,   PO Box 71068,   Charlotte, NC 28272-1068
13637273     +Chase Bank,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
13653403     +Citi-Citgo,   PO Box 6069,   Sioux Falls, SD 57117-6069
13653404      Conseco,   345 St Peter,   900 Landmk,   Saint Paul, MN 55102
13637275     +Credit First NA,   P.O. Box 818011,   Cleveland, OH 44181-8011
13637278     +DSNB MACYS,   9111 Duke Boulevard,   Mason, OH 45040-8999
13637276      Department Stores National Bank / Macy's,   TSYS Debt Mgmt. Inc.,   P.O. Box 137,
              Columbus, GA 31902-0137
13653413     +Elizabeth Forward School District,   1532 Lincoln Way,   Mc Keesport, PA 15131-1712
13653412     +Elizabeth Forward School District,   c/o Law Office Of McGrail & Racunas,   1714 Lincoln Way,
              White Oak, PA 15131-1716
13637280     +Elizabeth Forward School District,   Elizabeth Towns),   Keystone Municipal Collections,
              546 Wendel Road,   Irwin, PA 15642-7539
13637281     +Elizabeth Forward School District,   c/o Kratzenberg & Lazzaro,
              Keystone Municipal Collections,   546 Wendel Road,   Irwin, PA 15642-7539
13653415     +FMCC,   12110 Emmet,   Omaha, NE 68164-4263
13659101     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Company LLC,   P O Box 6275,
              Dearborn, MI  48121)
13637282      Ford Motor Credit Company LLC,   Dept. 55953,   P.O. Box 55000,   Harper Woods, MI 48225-0953
13637289     +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
13637290     +Goodyearcbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13653426      Greentree,   500 Landmark Tower,   Saint Paul, MN 55102
13637292     +HSBC Mortgage Services,   636 Grand Regency Boulevard,   Brandon, FL 33510-3942
13722095     +HSBC Mortgage Services, Inc.,   PO Box 21188,   Eagan, MN 55121-0188
13637291      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13653433     +Nextcard Inc.,   PO Box 922968,   Norcross, GA 30010-2968
13637294     +Paac Fcu,   219 Fort Pitt Boul,   Pittsburgh, PA 15222-1559
13637300     +Target National Bank,   Target Visa,   c/o Weinstein & Riley, P.S.,
              2001 4trh Avenue, Suite 900,   Seattle, WA 98121-2414
13653444     +Td Bank Usa/Targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
13637301     +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
14250056     +U.S. Bank National Association, as inde,   Serviced by Select Portfolio Servicing,,
              3815 South West Temple,   Salt Lake City, UT 84115-4412
13653450     +WFF Cards,   3201 N 4th Avenue,   Sioux Falls, SD 57104-0700
13653448     +Washington Mutual,   PO Box 660548,   Dallas, TX 75266-0548
13637279      eCAST Settlement Corp.,   PO Box 35480,   Newark, NJ 07193-5480
13666683      eCAST Settlement Corporation, assignee,   of Capital One Bank (USA), NA,   POB 35480,
              Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 01 2018 02:28:37
              Capital One Auto Finance c/o Ascension Capital Gro,   P.O. Box 201347,
              Arlington, TX 76006-1347
13637268     +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:43       Amhonda/Gemb,   Po Box 981439,
              El Paso, TX 79998-1439
13653394     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 01 2018 02:28:36
              Ascension Capital Group, Inc.,   Attn: Onyx Acceptance Group,   P.O. Box 201347,
              Arlington, TX 76006-1347
13653395     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2018 02:28:12       B-Real, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13637270     +E-mail/Text: bncmail@w-legal.com Aug 01 2018 02:09:15       CANDICA, L.L.C.,
              c/o Weinstein and Riley, PS,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
13653399      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2018 02:28:13       Cap One,
              Po Box 85520,   Richmond, VA 23285
13637274     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2018 02:28:12       CR Evergreen, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111-9221
```

```
District/off: 0315-2          User: dric                Page 2 of 4                  Date Rcvd: Jul 31, 2018
                              Form ID: 408              Total Noticed: 80


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13637272       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 01 2018 02:28:14      Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX 75093-7864
13653401       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 01 2018 02:28:14
                 Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
13661093       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 01 2018 02:28:36
                 Capital One Auto Finance, c/o Ascension Capital Gr,   4515 N. Santa Fe Ave. Dept APS,
                 Oklahoma City, OK 73118-7901
13672916        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2018 02:28:13
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
13637277       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:43      Distire/Gemb,    Po Box 981439,
                 El Paso, TX 79998-1439
13653410       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2018 02:28:13      East Bay Funding,
                 c/o Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
13718722       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2018 02:28:12
                 East Bay Funding, LLC its successors and assigns,    as assignee of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
13719451       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2018 02:28:35
                 East Bay Funding, LLC its successors and assigns,    as assignee of CR Evergreen, LLC,
                 Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
13722137        E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:48      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,   Orlando FL 32896-0661
13637283        E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:48      GE Money Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13653419       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:26      GEMB,    PO Box 981064,
                 El Paso, TX 79998-1064
13637285       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:26      GEMB JCP,    PO Box 981131,
                 El Paso, TX 79998-1131
13637284       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:08      Gecrb/American Honda,
                 Po Box 981439,    El Paso, TX 79998-1439
13637286       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:26      Gemb/Lowes,    Po Box 981400,
                 El Paso, TX 79998-1400
13637287       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:08      Gemb/Walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
13637288       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:43      Gembppbycr,    Po Box 981400,
                 El Paso, TX 79998-1400
13653430       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 01 2018 02:08:41      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13637293        E-mail/Text: bnckohlsnotices@becket-lee.com Aug 01 2018 02:08:41      Kohls/Chase,
                 N56 W17000 Ridge,    Menomonee Fall, WI 53051
13653432       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2018 02:09:06      Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13653438        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 02:28:15
                 Portfolio Recovery Associates,    140 Corporate Boulevard,   Norfolk, VA 23502
13647272        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 02:11:12
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13637297       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 02:11:47      PRA Receivables,
                 PO Box 12914,    Norfolk, VA 23541-0914
13637295       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:26      Pearle/Gemb,    Po Box 981439,
                 El Paso, TX 79998-1439
13653436       +E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2018 02:11:48      Portfolio Investments LLC,
                 c/o Recovery Management Systems, Co.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13637296       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 02:28:38
                 Portfolio Recovery Associate, LLC,    Po Box 41067,   Norfolk, VA 23541-1067
13637298        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2018 02:28:22      Roundup Funding,
                 MS 550,   P.O. Box 91121,    Seattle, WA 98111-9221
13653441       +E-mail/Text: bkr@cardworks.com Aug 01 2018 02:08:33      Spiegel,    Po Box 9204,
                 Old Bethpage, NY 11804-9004
13637299       +E-mail/Text: bncmail@w-legal.com Aug 01 2018 02:09:14      Target National Bank,    Target Visa,
                 c/o Weinstein & Riley, P.S.,    2101 4trh Avenue, Suite 900,    Seattle, WA 98121-2339
13648228       +E-mail/Text: bncmail@w-legal.com Aug 01 2018 02:09:20      VANDA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13653446       +E-mail/Text: bncmail@w-legal.com Aug 01 2018 02:09:20      Vanda LLC,
                 c/o Weinstein and Riley, P.S.,    2001 Western Ave, Ste. 400,    Seattle, WA 98121-3132
13653447       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 01 2018 02:08:36
                 Verizon,    P.O. Box 3037,   Bloomington, IL 61702-3037
13653449       +E-mail/Text: bncmail@w-legal.com Aug 01 2018 02:09:14      Weinstein & Riley, P.S,
                 2001 Western Avenue,    Suite 400,   Seattle, WA 98121-3132
13637302       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2018 02:08:49      Wfnnb/Drsbrn,
                 Po Box 182273 - Wf,    Columbus, OH 43218-2273
                                                                                               TOTAL: 40
```

```
District/off: 0315-2           User: dric                  Page 3 of 4                   Date Rcvd: Jul 31, 2018
                               Form ID: 408                Total Noticed: 80


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as indenture trust
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
13653393*      +Amhonda/Gemb,    Po Box 981439,    El Paso, TX 79998-1439
13653396*       Bank of America,    4060 Ogletown Stanton Road,    Newark, DE 19713
13653398*      +CANDICA, L.L.C.,    c/o Weinstein and Riley, PS,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
13653405*      +CR Evergreen, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13653400*       Capital One,    PO Box 71068,    Charlotte, NC 28272-1068
13653402*      +Chase Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13653406*      +Credit First NA,    P.O. Box 818011,    Cleveland, OH 44181-8011
13690269*      +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
13690270*      +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
13653409*      +DSNB MACYS,    9111 Duke Boulevard,    Mason, OH 45040-8999
13653407*       Department Stores National Bank / Macy's,    TSYS Debt Mgmt. Inc.,    P.O. Box 137,
                 Columbus, GA 31902-0137
13653408*      +Distire/Gemb,    Po Box 981439,    El Paso, TX 79998-1439
13659102*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    P O Box 6275,
                 Dearborn, MI  48121)
13653416*       Ford Motor Credit Company LLC,    Dept. 55953,    P.O. Box 55000,    Harper Woods, MI 48225-0953
13653417*       GE Money Bank,    c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,
                 Attn: Ramesh Singh,    Miami, FL 33131-1605
13653420*      +GEMB JCP,    PO Box 981131,    El Paso, TX 79998-1131
13653424*      +GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
13653418*      +Gecrb/American Honda,    Po Box 981439,    El Paso, TX 79998-1439
13653421*      +Gemb/Lowes,    Po Box 981400,    El Paso, TX 79998-1400
13653422*      +Gemb/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
13653423*      +Gembppbycr,    Po Box 981400,    El Paso, TX 79998-1400
13653425*      +Goodyearcbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13653429*      +HSBC Mortgage Services,    636 Grand Regency Boulevard,    Brandon, FL 33510-3942
13653428*      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13653427*       Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13653431*       Kohls/Chase,    N56 W17000 Ridge,    Menomonee Fall, WI 53051
13653439*      +PRA Receivables,    PO Box 12914,    Norfolk, VA 23541-0914
13653434*      +Paac Fcu,    219 Fort Pitt Boul,    Pittsburgh, PA 15222-1559
13653435*      +Pearle/Gemb,    Po Box 981439,    El Paso, TX 79998-1439
13653437*      +Portfolio Recovery Associate, LLC,    Po Box 41067,    Norfolk, VA 23541-1067
13653440*       Roundup Funding,    MS 550,    P.O. Box 91121,    Seattle, WA 98111-9221
13653443*      +Target National Bank,    Target Visa,    c/o Weinstein & Riley, P.S.,
                 2001 4trh Avenue, Suite 900,    Seattle, WA 98121-2414
13653442*      +Target National Bank,    Target Visa,    c/o Weinstein & Riley, P.S.,
                 2101 4trh Avenue, Suite 900,    Seattle, WA 98121-2339
13653445*      +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13653451*      +Wfnnb/Drsbrn,    Po Box 182273 - Wf,    Columbus, OH 43218-2273
13653411*       eCAST Settlement Corp.,    PO Box 35480,    Newark, NJ 07193-5480
13666684*       eCAST Settlement Corporation, assignee,    of Capital One Bank (USA), NA,    POB 35480,
                 Newark, NJ 07193-5480
13666685*       eCAST Settlement Corporation, assignee,    of Capital One Bank (USA), NA,    POB 35480,
                 Newark, NJ 07193-5480
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 1, * 39, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dric                Page 4 of 4            Date Rcvd: Jul 31, 2018
                              Form ID: 408              Total Noticed: 80
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2018 at the address(es) listed below:

```
              James   Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kathleen A. Nieser ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor William R. Nieser ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 7
```