**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William R. Nieser** | Social Security number or ITIN  xxx−xx−3352 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kathleen A. Nieser** | Social Security number or ITIN  xxx−xx−7716 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **13−22073−CMB**

# Order of Discharge                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William R. Nieser                                     Kathleen A. Nieser

10/2/18                                               **By the court:**    Carlota M. Bohm
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 13-22073-CMB
William R. Nieser                                                                       Chapter 13
Kathleen A. Nieser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr                     Page 1 of 4             Date Rcvd: Oct 02, 2018
                              Form ID: 3180W                 Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
```
db/jdb         +William R. Nieser,    Kathleen A. Nieser,    1037 Old Hills Road,    Mckeesport, PA 15135-2133
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +U.S. BANK NATIONAL ASSOCIATION,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
13653391        AFNI/Verizon East,    P.O. Box 3037,    Bloomington, IL 61702-3037
13655360       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13653392       +Americredit,    Post Office Box 183623,    Arlington, TX 76096-3623
13637271        Capital One,    PO Box 71068,    Charlotte, NC 28272-1068
13637273       +Chase Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13653403       +Citi-Citgo,    PO Box 6069,    Sioux Falls, SD 57117-6069
13653404        Conseco,    345 St Peter,    900 Landmk,    Saint Paul, MN 55102
13653413       +Elizabeth Forward School District,    1532 Lincoln Way,    Mc Keesport, PA 15131-1712
13653412       +Elizabeth Forward School District,    c/o Law Office Of McGrail & Racunas,    1714 Lincoln Way,
                 White Oak, PA 15131-1716
13637280       +Elizabeth Forward School District,    Elizabeth Towns),    Keystone Municipal Collections,
                 546 Wendel Road,    Irwin, PA 15642-7539
13637281       +Elizabeth Forward School District,    c/o Kratzenberg & Lazzaro,
                 Keystone Municipal Collections,    546 Wendel Road,    Irwin, PA 15642-7539
13653415       +FMCC,    12110 Emmet,    Omaha, NE 68164-4263
13637282        Ford Motor Credit Company LLC,    Dept. 55953,    P.O. Box 55000,    Harper Woods, MI 48225-0953
13653426        Greentree,    500 Landmark Tower,    Saint Paul, MN 55102
13653433       +Nextcard Inc.,    PO Box 922968,    Norcross, GA 30010-2968
13637294       +Paac Fcu,    219 Fort Pitt Boul,    Pittsburgh, PA 15222-1559
13637300       +Target National Bank,    Target Visa,    c/o Weinstein & Riley, P.S.,
                 2001 4trh Avenue, Suite 900,    Seattle, WA 98121-2414
14250056       +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2018 02:34:04      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: AISACG.COM Oct 03 2018 06:13:00      Capital One Auto Finance c/o Ascension Capital Gro,
                 P.O. Box 201347,    Arlington, TX 76006-1347
13667263        EDI: PHINAMERI.COM Oct 03 2018 06:13:00      AmeriCredit Financial Services, Inc.,
                 PO Box 183853,    Arlington, Texas   76096
13637268       +EDI: RMSC.COM Oct 03 2018 06:13:00      Amhonda/Gemb,    Po Box 981439,    El Paso, TX 79998-1439
13653394       +EDI: AISACG.COM Oct 03 2018 06:13:00      Ascension Capital Group, Inc.,
                 Attn:  Onyx Acceptance Group,    P.O. Box 201347,    Arlington, TX 76006-1347
13653395       +EDI: RESURGENT.COM Oct 03 2018 06:13:00      B-Real, LLC,    MS 550,    PO Box 91121,
                 Seattle, WA 98111-9221
13653414        EDI: BANKAMER2.COM Oct 03 2018 06:13:00      FIA Card Services,    PO Box 15726,
                 Wilmington, DE 19886-5726
13653397       +EDI: CITICORP.COM Oct 03 2018 06:13:00      BP/Cbsd,    PO Box 6497,    Sioux Falls, SD 57117-6497
13637269        EDI: BANKAMER.COM Oct 03 2018 06:13:00      Bank of America,    4060 Ogletown Stanton Road,
                 Newark, DE 19713
13637270       +EDI: OPHSUBSID.COM Oct 03 2018 06:13:00      CANDICA, L.L.C.,    c/o Weinstein and Riley, PS,
                 2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
13653399        EDI: CAPITALONE.COM Oct 03 2018 06:13:00      Cap One,    Po Box 85520,    Richmond, VA 23285
13637274       +EDI: RESURGENT.COM Oct 03 2018 06:13:00      CR Evergreen, LLC,    MS 550,    PO Box 91121,
                 Seattle, WA 98111-9221
13637272       +EDI: CAPONEAUTO.COM Oct 03 2018 06:13:00      Capital One Auto Finan,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
13653401       +EDI: CAPONEAUTO.COM Oct 03 2018 06:13:00      Capital One Auto Finance,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
13661093       +EDI: AISACG.COM Oct 03 2018 06:13:00      Capital One Auto Finance, c/o Ascension Capital Gr,
                 4515 N. Santa Fe Ave. Dept APS,    Oklahoma City, OK 73118-7901
13672916        EDI: CAPITALONE.COM Oct 03 2018 06:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
13637275       +EDI: CRFRSTNA.COM Oct 03 2018 06:13:00      Credit First NA,    P.O. Box 818011,
                 Cleveland, OH 44181-8011
13637278       +EDI: TSYS2.COM Oct 03 2018 06:13:00      DSNB MACYS,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
13637276        EDI: TSYS2.COM Oct 03 2018 06:13:00      Department Stores National Bank / Macy's,
                 TSYS Debt Mgmt. Inc.,    P.O. Box 137,    Columbus, GA 31902-0137
13637277       +EDI: RMSC.COM Oct 03 2018 06:13:00      Distire/Gemb,    Po Box 981439,    El Paso, TX 79998-1439
13653410       +EDI: RESURGENT.COM Oct 03 2018 06:13:00      East Bay Funding,    c/o Resurgent Capital Services,
                 PO Box 288,    Greenville, SC 29602-0288
13718722       +EDI: RESURGENT.COM Oct 03 2018 06:13:00      East Bay Funding, LLC its successors and assigns,
                 as assignee of Roundup Funding L.L.C.,    Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
```

```
District/off: 0315-2                  User: gamr                    Page 2 of 4                   Date Rcvd: Oct 02, 2018
                                      Form ID: 3180W                Total Noticed: 81


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13719451       +EDI: RESURGENT.COM Oct 03 2018 06:13:00      East Bay Funding, LLC its successors and assigns,
                 as assignee of CR Evergreen, LLC,    Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
13659101        EDI: FORD.COM Oct 03 2018 06:13:00      Ford Motor Credit Company LLC,    P O Box 6275,
                 Dearborn, MI 48121
13722137        EDI: RMSC.COM Oct 03 2018 06:13:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,   Orlando FL 32896-0661
13637283        EDI: RMSC.COM Oct 03 2018 06:13:00      GE Money Bank,   c/o Recovery Management Systems Corp.,
                 25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,    Miami, FL 33131-1605
13653419       +EDI: RMSC.COM Oct 03 2018 06:13:00      GEMB,   PO Box 981064,    El Paso, TX 79998-1064
13637285       +EDI: RMSC.COM Oct 03 2018 06:13:00      GEMB JCP,   PO Box 981131,    El Paso, TX 79998-1131
13637284       +EDI: RMSC.COM Oct 03 2018 06:13:00      Gecrb/American Honda,    Po Box 981439,
                 El Paso, TX 79998-1439
13637286       +EDI: RMSC.COM Oct 03 2018 06:13:00      Gemb/Lowes,   Po Box 981400,    El Paso, TX 79998-1400
13637287       +EDI: RMSC.COM Oct 03 2018 06:13:00      Gemb/Walmart,   Po Box 981400,    El Paso, TX 79998-1400
13637288       +EDI: RMSC.COM Oct 03 2018 06:13:00      Gembppbycr,   Po Box 981400,    El Paso, TX 79998-1400
13637289       +EDI: PHINAMERI.COM Oct 03 2018 06:13:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
13637290       +EDI: CITICORP.COM Oct 03 2018 06:13:00      Goodyearcbsd,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
13637292       +EDI: HFC.COM Oct 03 2018 06:13:00      HSBC Mortgage Services,    636 Grand Regency Boulevard,
                 Brandon, FL 33510-3942
13722095       +EDI: HFC.COM Oct 03 2018 06:13:00      HSBC Mortgage Services, Inc.,    PO Box 21188,
                 Eagan, MN 55121-0188
13637291        EDI: HFC.COM Oct 03 2018 06:13:00      Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
13653430       +EDI: CBSKOHLS.COM Oct 03 2018 06:13:00      Kohls/Capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
13637293        EDI: CBSKOHLS.COM Oct 03 2018 06:13:00      Kohls/Chase,   N56 W17000 Ridge,
                 Menomonee Fall, WI 53051
13653432       +EDI: MID8.COM Oct 03 2018 06:13:00      Midland Funding,    8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
13653438        EDI: PRA.COM Oct 03 2018 06:13:00      Portfolio Recovery Associates,    140 Corporate Boulevard,
                 Norfolk, VA 23502
13647272        EDI: PRA.COM Oct 03 2018 06:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13637297       +EDI: PRA.COM Oct 03 2018 06:13:00      PRA Receivables,    PO Box 12914,    Norfolk, VA 23541-0914
13637295       +EDI: RMSC.COM Oct 03 2018 06:13:00      Pearle/Gemb,   Po Box 981439,    El Paso, TX 79998-1439
13653436       +EDI: RECOVERYCORP.COM Oct 03 2018 06:13:00      Portfolio Investments LLC,
                 c/o Recovery Management Systems, Co.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13637296       +EDI: PRA.COM Oct 03 2018 06:13:00      Portfolio Recovery Associate, LLC,    Po Box 41067,
                 Norfolk, VA 23541-1067
13637298        EDI: RESURGENT.COM Oct 03 2018 06:13:00      Roundup Funding,    MS 550,   P.O. Box 91121,
                 Seattle, WA 98111-9221
13653441       +EDI: MERRICKBANK.COM Oct 03 2018 06:13:00      Spiegel,    Po Box 9204,
                 Old Bethpage, NY 11804-9004
13637299       +E-mail/Text: bncmail@w-legal.com Oct 03 2018 02:34:31       Target National Bank,    Target Visa,
                 c/o Weinstein & Riley, P.S.,    2101 4trh Avenue, Suite 900,    Seattle, WA 98121-2339
13653444       +EDI: WTRRNBANK.COM Oct 03 2018 06:13:00      Td Bank Usa/Targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
13637301       +EDI: CITICORP.COM Oct 03 2018 06:13:00      Thd/Cbsd,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
13648228       +EDI: OPHSUBSID.COM Oct 03 2018 06:13:00      VANDA, LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13653446       +EDI: OPHSUBSID.COM Oct 03 2018 06:13:00      Vanda LLC,    c/o Weinstein and Riley, P.S.,
                 2001 Western Ave, Ste. 400,    Seattle, WA 98121-3132
13653447       +EDI: VERIZONCOMB.COM Oct 03 2018 06:13:00      Verizon,    P.O. Box 3037,
                 Bloomington, IL 61702-3037
13653450       +EDI: WFFC.COM Oct 03 2018 06:13:00      WFF Cards,    3201 N 4th Avenue,
                 Sioux Falls, SD 57104-0700
13653448       +EDI: CHASE.COM Oct 03 2018 06:13:00      Washington Mutual,    PO Box 660548,
                 Dallas, TX 75266-0548
13653449       +E-mail/Text: bncmail@w-legal.com Oct 03 2018 02:34:31       Weinstein & Riley, P.S,
                 2001 Western Avenue,    Suite 400,   Seattle, WA 98121-3132
13637302       +EDI: WFNNB.COM Oct 03 2018 06:13:00      Wfnnb/Drsbrn,    Po Box 182273 - Wf,
                 Columbus, OH 43218-2273
13637279        EDI: ECAST.COM Oct 03 2018 06:13:00      eCAST Settlement Corp.,    PO Box 35480,
                 Newark, NJ 07193-5480
13666683        EDI: ECAST.COM Oct 03 2018 06:13:00      eCAST Settlement Corporation, assignee,
                 of Capital One Bank (USA), NA,    POB 35480,    Newark, NJ 07193-5480
                                                                                                TOTAL: 60

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank National Association, as indenture trust
```

```
District/off: 0315-2           User: gamr                Page 3 of 4                  Date Rcvd: Oct 02, 2018
                               Form ID: 3180W            Total Noticed: 81

cr*             +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
13653393*       +Amhonda/Gemb,    Po Box 981439,    El Paso, TX 79998-1439
13653396*        Bank of America,    4060 Ogletown Stanton Road,    Newark, DE 19713
13653398*       +CANDICA, L.L.C.,    c/o Weinstein and Riley, PS,    2001 Western Avenue, Suite 400,
                  Seattle, WA 98121-3132
13653405*       +CR Evergreen, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13653400*        Capital One,    PO Box 71068,    Charlotte, NC 28272-1068
13653402*       +Chase Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13653406*       +Credit First NA,    P.O. Box 818011,    Cleveland, OH 44181-8011
13690269*       +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
13690270*       +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
13653409*       +DSNB MACYS,    9111 Duke Boulevard,    Mason, OH 45040-8999
13653407*        Department Stores National Bank / Macy’s,    TSYS Debt Mgmt. Inc.,    P.O. Box 137,
                  Columbus, GA 31902-0137
13653408*       +Distire/Gemb,    Po Box 981439,    El Paso, TX 79998-1439
13659102*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,    P O Box 6275,
                  Dearborn, MI  48121)
13653416*        Ford Motor Credit Company LLC,    Dept. 55953,    P.O. Box 55000,    Harper Woods, MI 48225-0953
13653417*        GE Money Bank,    c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,
                  Attn: Ramesh Singh,    Miami, FL 33131-1605
13653420*       +GEMB JCP,    PO Box 981131,    El Paso, TX 79998-1131
13653424*       +GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
13653418*       +Gecrb/American Honda,    Po Box 981439,    El Paso, TX 79998-1439
13653421*       +Gemb/Lowes,    Po Box 981400,    El Paso, TX 79998-1400
13653422*       +Gemb/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
13653423*       +Gembppbycr,    Po Box 981400,    El Paso, TX 79998-1400
13653425*       +Goodyearcbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13653429*       +HSBC Mortgage Services,    636 Grand Regency Boulevard,    Brandon, FL 33510-3942
13653428*       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13653427*        Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13653431*        Kohls/Chase,    N56 W17000 Ridge,    Menomonee Fall, WI 53051
13653439*       +PRA Receivables,    PO Box 12914,    Norfolk, VA 23541-0914
13653434*        Paac Fcu,    219 Fort Pitt Boul,    Pittsburgh, PA 15222-1559
13653435*       +Pearle/Gemb,    Po Box 981439,    El Paso, TX 79998-1439
13653437*       +Portfolio Recovery Associate, LLC,    Po Box 41067,    Norfolk, VA 23541-1067
13653440*        Roundup Funding,    MS 550,    P.O. Box 91121,    Seattle, WA 98111-9221
13653443*       +Target National Bank,    Target Visa,    c/o Weinstein & Riley, P.S.,
                  2001 4trh Avenue, Suite 900,    Seattle, WA 98121-2414
13653442*       +Target National Bank,    Target Visa,    c/o Weinstein & Riley, P.S.,
                  2101 4trh Avenue, Suite 900,    Seattle, WA 98121-2339
13653445*       +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13653451*       +Wfnnb/Drsbrn,    Po Box 182273 - Wf,    Columbus, OH 43218-2273
13653411*        eCAST Settlement Corp.,    PO Box 35480,    Newark, NJ 07193-5480
13666684*        eCAST Settlement Corporation, assignee,    of Capital One Bank (USA), NA,    POB 35480,
                  Newark, NJ 07193-5480
13666685*        eCAST Settlement Corporation, assignee,    of Capital One Bank (USA), NA,    POB 35480,
                  Newark, NJ 07193-5480
cr             ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                      TOTALS: 1, * 39, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2                  User: gamr                    Page 4 of 4                  Date Rcvd: Oct 02, 2018
                                      Form ID: 3180W                Total Noticed: 81
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kathleen A. Nieser ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor William R. Nieser ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 7
```